UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Mark S. Cherry
Law Office of Mark S. Cherry
385 Kings Highway North
Cherry Hill, NJ  08034
856-667-1234

| | |
|---|---|
| In Re:<br>John Zappile, Jr. | Case No.:     24-17073<br><br>Chapter:     13<br><br>Hearing Date:   August 13, 2024<br><br>Judge:     JNP |

**NOTICE OF MOTION TO
REINSTATE THE AUTOMATIC STAY**

Mark S. Cherry, Esquire, has filed papers with the court requesting to reinstate the automatic stay.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date:     August 13, 2024

Hearing Time:     2:00 p.m.

Hearing Location:     400 Cooper Street, 4th Floor
Camden, NJ  08101

Courtroom Number:     CR 4C

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

Andrew B. Finberg
Chapter 13 Trustee
535 Rt. 38, Ste. 580
Cherry Hill, NJ  08002

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

Atlantic City Electric
P.O. Box 13610
Philadelphia, PA  19101

Avant
222 Merchandise Mart Plz
Chicago, IL 60654

Mr. Cooper
P.O. Box 650783
Dallas, TX  75265

Capitol One Auto Finance
P.O. Box 60511
City of Industry, CA  91716

Exeter Financial
P.O. Box 166008
Irving, TX  75016

Right Path Servicing
P.O. Box 619097
Dallas, TX 75261

KML Law Group, PC
701 Market Street, Ste. 5000
Philadelphia, PA  19106

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date:   July 16, 2024            /s/ Mark S. Cherry____
                                Attorney for Debtor