UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on August 14, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

John J. Zappile, Jr.

Case No.: 24-17073

Hearing Date: 8/13/2024

Judge: Poslusny

Chapter: 13

Recommended Local Form:  ☐ Followed   ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
To Reinstate Stay

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 14, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

A motion or application having been filed on _____7/16_____, 20 24 by  _Mark Cherry, Esq_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied for lack of prosecution..

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*rev. 8/1/15*