Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill, NJ 08034
Attorney for Santander Consumer USA Inc.
dba Chrysler Capital

|  |  |
|---|---|
| IN RE:    JOHN J. ZAPPILE, JR. | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|  | CHAPTER: 13<br>CASE NO: 24-17073 (JNP)<br>HEARING DATE: |
|  | NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLAN AND DISCLOSURE STATEMENTS |

    Santander Consumer USA Inc. dba Chrysler Capital enters its appearance and the law firm of Eisenberg of Eisenberg Gold & Agrawal, P.C., pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for Santander Consumer USA Inc. with regard to all matters and proceedings in the above captioned case, showing counsel's name, office address and telephone number as follows:

    Eisenberg Gold & Agrawal, P.C.
    1040 Kings Hwy N #200
    Cherry Hill, NJ 08034
    (856) 330-6200

    Santander Consumer USA Inc. dba Chrysler Capital in the above hereby requests that all notices required to be given under Fed R Bankr P 2002, including notices under Fed R Bankr P 2002(I), that, but for this Request, would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents, be given to Santander Consumer USA Inc. by due service upon its undersigned attorneys at the address stated above and also to it at the following address:

Santander Consumer USA Inc.
dba Chrysler Capital
2860 Patton rd
Roseville, MN 55113

Santander Consumer USA dba Chrysler Capital Inc pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

/s/ William E. Craig
William E. Craig, Esquire
Attorney for Santander Consumer USA
Inc. dba Chrysler Capital

Dated: 9/5/24