UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
DLJ Mortgage Capital, Inc.

In Re:

John J. Zappile, Jr.,

Debtor.

Case No.: _____24-17073-JNP_____

Chapter: _____13_____

Hearing Date: ____12/23/2024____

Judge: _____Poslusny_____

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief re: 113 Iris Drive, Egg Harbor Twp (Docket # 26)

_____

Date: 12/19/2024

/s/ Denise Carlon
Signature

*rev.8/1/15*