Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.:  24−17073−JNP
                              Chapter:  13
                              Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John J. Zappile Jr.
   113 Iris Drive
   Egg Harbor Township, NJ 08234

Social Security No.:
   xxx−xx−2250

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 20, 2025.

Dated: February 20, 2025
JAN: cm

                                                                                    Jeanne Naughton
                                                                                     Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-17073-JNP |
| John J. Zappile, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 20, 2025 | Form ID: plncf13 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John J. Zappile, Jr., 113 Iris Drive, Egg Harbor Township, NJ 08234-6105 |
| 520332118 | | CAPITAL ONE AUTO FINANCE, CREDIT, BUREAU DISPUTE, PLANO, TX 75025 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 20 2025 21:14:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 20 2025 21:14:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 20 2025 21:15:00 | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 520332109 | + | Email/Text: bankruptcy@pepcoholdings.com | Feb 20 2025 21:13:00 | ATLANTIC CITY ELECTRIC, PO BOX 13610, PHILADELPHIA, PA 19101-3610 |
| 520332110 | | Email/Text: bankruptcy@pepcoholdings.com | Feb 20 2025 21:13:00 | ATLANTIC CTY ELE CO EF, 5100 HARDING HWY, MAYS LANDING, NJ 08330-2260 |
| 520332113 | | Email/Text: bk@avant.com | Feb 20 2025 21:15:00 | AVANT/WEBBANK, 222 N LA SALLE ST, STE 1600, CHICAGO, IL 60601-1112 |
| 520332112 | | Email/Text: bk@avant.com | Feb 20 2025 21:15:00 | AVANT/WEBBANK, 222 MERCHANDISE MART PLZ, CHICAGO, IL 60654-1103 |
| 520346900 | + | Email/Text: bankruptcy@pepcoholdings.com | Feb 20 2025 21:13:00 | Atlantic City Electric Company, 5 Collins Drive Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 520332115 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 20 2025 21:36:42 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520332114 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 20 2025 21:20:39 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 520332120 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 20 2025 21:20:01 | CAPITAL ONE AUTO FINANCE, ATTN: BANKRUPTCY, 7933 PRESTON RD, PLANO, TX 75024-2302 |
| 520356111 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 20 2025 21:15:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 520336728 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 20 2025 21:20:25 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520350598 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 20 2025 21:20:04 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 520340044 | + | Email/PDF: ebn_ais@aisinfo.com | | |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 20, 2025 | Form ID: plncf13 | Total Noticed: 26 |

|  |  |  |  |
|---|---|---|---|
|  |  | Feb 20 2025 21:20:21 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520400194 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
|  |  | Feb 20 2025 21:15:00 | DLJ Mortgage Capital, Inc., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520332123 | + Email/PDF: acg.exeter.ebn@aisinfo.com | | |
|  |  | Feb 20 2025 21:20:10 | EXETER FINANCIAL, P.O. BOX 166008, IRVING, TX 75016-6008 |
| 520335729 | + Email/PDF: acg.acg.ebn@aisinfo.com | | |
|  |  | Feb 20 2025 21:36:21 | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520340416 | + Email/PDF: acg.acg.ebn@aisinfo.com | | |
|  |  | Feb 20 2025 21:20:39 | Exeter Finance LLC c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 520343221 | Email/PDF: resurgentbknotifications@resurgent.com | | |
|  |  | Feb 20 2025 21:20:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520332125 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
|  |  | Feb 20 2025 21:12:00 | MR. COOPER, PO BOX 650783, DALLAS, TX 75265-0783 |
| 520338047 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
|  |  | Feb 20 2025 21:53:04 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520332126 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
|  |  | Feb 20 2025 21:12:00 | RIGHTPATH SERVICING, P. O. BOX 619097, DALLAS, TX 75261-9097 |
| 520390292 | + Email/PDF: ebn_ais@aisinfo.com | | |
|  |  | Feb 20 2025 21:20:40 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520332121 |  | CHRYSLER FINANCE |
| 520332122 |  | CHRYSLER FINANCIAL |
| 520332111 | * | ATLANTIC CTY ELE CO EF, 5100 HARDING HWY, MAYS LANDING, NJ 08330-2260 |
| 520332117 | * | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520332116 | * | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 520332119 | * | CAPITAL ONE AUTO FINANCE, CREDIT, BUREAU DISPUTE, PLANO, TX 75025 |
| 520332124 | *+ | EXETER FINANCIAL, P.O. BOX 166008, IRVING, TX 75016-6008 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Feb 22, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 20, 2025 | Form ID: plncf13 | Total Noticed: 26 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor DLJ Mortgage Capital Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Mark S Cherry | on behalf of Debtor John J. Zappile Jr. mc@markcherrylaw.com, dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;g9657@notify.cincompass.com;cherry.markb123326@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 6