| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**PADGETT LAW GROUP**<br>Joshua I. Goldman, Esq.<br>6267 Old Water Oak Road, Suite 203<br>Tallahassee, FL 32312<br>(850) 422-2520 (telephone)<br>(850) 422-2567 (facsimile)<br>Josh.Goldman@padgettlawgroup.com<br>*Attorneys for MCLP Asset Company, Inc.* | |
| In Re:<br><br>**John J. Zappile, Jr.,**<br><br>       Debtor(s). | Case No.: 24-17073-JNP<br><br>Chapter: 13<br><br>Judge: Jerrold N. Poslusny Jr. |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of MCLP Asset Company, Inc. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:
    Padgett Law Group
    6267 Old Water Oak Road, Suite 203
    Tallahassee, FL 32312

DOCUMENTS:

☑ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☑ All documents and pleadings of any nature.

                                        By:*/s/ Joshua I. Goldman*

Dated: April 15, 2025

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**PADGETT LAW GROUP**<br>Joshua I. Goldman, Esq.<br>6267 Old Water Oak Road, Suite 203<br>Tallahassee, FL 32312<br>(850) 422-2520 (telephone)<br>(850) 422-2567 (facsimile)<br>Josh.Goldman@padgettlawgroup.com<br>*Attorneys for MCLP Asset Company, Inc.* | |
| In Re:<br><br>**John J. Zappile, Jr.**,<br><br>     Debtor(s). | Case No.: 24-17073-JNP<br><br>Chapter: 13<br><br>Judge: Jerrold N. Poslusny Jr. |

## CERTIFICATION OF SERVICE

1. I, Catherine Rusteberg:
   - ☐ represent _____ in the above-captioned matter.
   - ☒ am the secretary/paralegal for Padgett Law Group, who represents the Creditor in the above captioned matter.
   - ☐ am the _____ in the above case and am representing myself.
1. On April 15, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: *Notice of Appearance*
2. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: April 15, 2025

               */s/* Catherine Rusteberg
               Catherine Rusteberg

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **John J. Zappile, Jr.**<br>113 Iris Drive<br>Egg Harbor Township, NJ 08234 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |
| **Mark S Cherry**<br>Mark S. Cherry, ESQ.<br>385 Kings Highway North<br>Suite 101<br>Cherry Hill, NJ 08034 | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |
| **Andrew B Finberg**<br>Office of the Chapter 13 Standing Trustee<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.