UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

MARK S. CHERRY, ESQUIRE
385 NORTH KINGS HIGHWAY
SUITE 101
CHERRY HILL, NJ  08034
(856) 667-1234

In Re:

John Zappile

Case No.:    24-17073

Chapter:    13

Hearing Date:    May 6, 2025

Judge:    Jerrold N. Poslusny

## CERTIFICATION OF DEBTOR IN OPPOSITION TO CREDITOR SANTANDER'S MOTION FOR RELEIF FROM THE AUTOMATIC STAY

I, John Zappile, debtor in this case, submits this Certification in Opposition to Santander's Motion for Relief from the Automatic Stay.

1. As I am the Debtor, I am fully familiar with the facts set forth below.

2. I filed for a Chapter 13 bankruptcy on July 16, 2024, filing my Certificate of Counselling and Chapter 13 plan the same day, with the filing fee being paid on the same day.

3. I am respectfully requesting that the arrears in question be included in my chapter 13 plan.

I certify under penalty of perjury that the above is true and correct to the best of my knowledge.

Date:   April 28, 2025                                                    /s/ John Zappile
                                                                          Signature of the Debtor