---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Mark S. Cherry, Esquire
Law Office of Mark S. Cherry
385 Kings Highway, North
Cherry Hill, NJ  08034
856-667-1234

In Re:

John Zappile
Debtor

Case No.: 24-17073

Chapter: 13

Adv. No.: _____

Hearing Date: _____

Judge: Jerrold N. Poslusny

## CERTIFICATION OF SERVICE

1. I, __Terresa LaBance__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Mark S. Cherry, Esquire__, who represents __Debtor, John Zappile__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __June 12, 2025__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Modified Chapter 13 Plan after Confirmation
   Present Certicate of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __June 12, 2025__          /s/Terresa LaBance_____
                                  Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew Finberg<br>Standing Chapter 13 Trustee<br>535 Rt 38<br>Suite 580<br>Cherry Hill, NJ  08002 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| US Trustee<br>US Dept. of Justice<br>One Newark Center<br>Ste. 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Exeter Finance Corp c/o<br>William Craig, Esquire<br>1040 North Kings Highway<br>Suite 200<br>Cherry Hill, NJ 08034 | Attorney/Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Chrysler Capital, c/o<br>William Craig, Esquire<br>1040 North Kings Highway<br>Suite 200<br>Cherry Hill, NJ 08034 | Attorney/Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*