Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  24−17073−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John J. Zappile Jr.
   113 Iris Drive
   Egg Harbor Township, NJ 08234

Social Security No.:
   xxx−xx−2250

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 20, 2025.

On the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:              July 16, 2025
Time:                10:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: June 13, 2025
JAN: lgr

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-17073-JNP |
| John J. Zappile, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 13, 2025 | Form ID: 185 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John J. Zappile, Jr., 113 Iris Drive, Egg Harbor Township, NJ 08234-6105 |
| cr | + | Exeter Finance LLC f/k/a Exeter Finance Corp., 2860 Patton Road, Roseville, MN 55113-1100 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 13 2025 21:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 13 2025 21:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 13 2025 21:34:00 | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 520332109 | + | Email/Text: bankruptcy@pepcoholdings.com | Jun 13 2025 21:33:00 | ATLANTIC CITY ELECTRIC, PO BOX 13610, PHILADELPHIA, PA 19101-3610 |
| 520332110 | | Email/Text: bankruptcy@pepcoholdings.com | Jun 13 2025 21:33:00 | ATLANTIC CTY ELE CO EF, 5100 HARDING HWY, MAYS LANDING, NJ 08330-2260 |
| 520332113 | | Email/Text: bk@avant.com | Jun 13 2025 21:34:00 | AVANT/WEBBANK, 222 N LA SALLE ST, STE 1600, CHICAGO, IL 60601-1112 |
| 520332112 | | Email/Text: bk@avant.com | Jun 13 2025 21:34:00 | AVANT/WEBBANK, 222 MERCHANDISE MART PLZ, CHICAGO, IL 60654-1103 |
| 520346900 | + | Email/Text: bankruptcy@pepcoholdings.com | Jun 13 2025 21:33:00 | Atlantic City Electric Company, 5 Collins Drive Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 520332115 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2025 22:15:49 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520332114 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2025 21:51:05 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 520332120 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 13 2025 22:14:40 | CAPITAL ONE AUTO FINANCE, ATTN: BANKRUPTCY, 7933 PRESTON RD, PLANO, TX 75024-2302 |
| 520332118 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 13 2025 21:35:54 | CAPITAL ONE AUTO FINANCE, CREDIT, BUREAU DISPUTE, PLANO, TX 75025 |
| 520356111 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 13 2025 21:34:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 520336728 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 13 2025 22:15:43 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520350598 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 13, 2025 | Form ID: 185 | Total Noticed: 29 |

| Recip ID | | Notice Method | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | Jun 13 2025 22:14:43 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 520340044 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 13 2025 21:36:40 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520400194 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 13 2025 21:34:00 | DLJ Mortgage Capital, Inc., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520332123 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Jun 13 2025 21:36:41 | EXETER FINANCIAL, P.O. BOX 166008, IRVING, TX 75016-6008 |
| 520335729 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 13 2025 21:35:43 | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520340416 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 13 2025 21:48:51 | Exeter Finance LLC c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 520343221 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2025 21:35:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520332125 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 13 2025 21:32:00 | MR. COOPER, PO BOX 650783, DALLAS, TX 75265-0783 |
| 520630703 | + | Email/Text: mtgbk@shellpointmtg.com | Jun 13 2025 21:31:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage, Servicing 29603-0826 |
| 520630702 | | Email/Text: mtgbk@shellpointmtg.com | Jun 13 2025 21:31:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826 |
| 520338047 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2025 21:48:31 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520332126 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 13 2025 21:32:00 | RIGHTPATH SERVICING, P. O. BOX 619097, DALLAS, TX 75261-9097 |
| 520390292 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 13 2025 21:36:33 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520332121 | | CHRYSLER FINANCE |
| 520332122 | | CHRYSLER FINANCIAL |
| 520332111 | * | ATLANTIC CTY ELE CO EF, 5100 HARDING HWY, MAYS LANDING, NJ 08330-2260 |
| 520332117 | * | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520332116 | * | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 520332119 | * | CAPITAL ONE AUTO FINANCE, CREDIT, BUREAU DISPUTE, PLANO, TX 75025 |
| 520332124 | *+ | EXETER FINANCIAL, P.O. BOX 166008, IRVING, TX 75016-6008 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 13, 2025 | Form ID: 185 | Total Noticed: 29 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 15, 2025         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor DLJ Mortgage Capital Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor MCLP Asset Company Inc. josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com |
| Mark S Cherry | on behalf of Debtor John J. Zappile Jr. mc@markcherrylaw.com, dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;g9657@notify.cincompass.com;cherry.markb123326@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Exeter Finance LLC f/k/a Exeter Finance Corp. wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 8