UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Mark S. Cherry, Esquire
Law Office of Mark S. Cherry
385 Kings Highway, North
Cherry Hill, NJ  08034
856-667-1234

In Re:

John Zappile
Debtor

Case No.: 24-17073

Chapter: 13

Adv. No.: 

Hearing Date: September 3, 2025

Judge: Jerrold N. Poslusny

## CERTIFICATION OF SERVICE

1. I, Terresa LaBance :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for Mark S. Cherry, Esquire, who represents Debtor, John J. Zappile in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On July 14, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Modified Plan Docket #48
   Present Certificate of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: July 14, 2025

/s/Terresa LaBance
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Finberg, Andrew B. Chapter 13 Standing Trustee Cherry Tree Corporate Center - 535 Route 38 - Suite 580 Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Exeter Finance LLC c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave Dept APS<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| CHRYSLER CAPITAL<br>P.O. BOX 961275<br>FORT WORTH, TX 76161 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |