UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Mark S. Cherry
Law Office of Mark S. Cherry
385 Kings Highway North
Cherry Hill, NJ  08034
856-667-1234

Order Filed on September 3, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
John Zappile, Jr.

| | |
|---|---|
| Case No.: | 24-17073 |
| Chapter: | 13 |
| Hearing Date: | October 1, 2025 |
| Judge: | JNP |

### ORDER TO REINSTATE THE AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

*[Leave the rest of this page blank]*

**DATED: September 3, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by Mark S. Cherry, Esquire and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay is reinstated regarding creditors Santander Consumer USA and Exeter Finance LLC with the following conditions:

All post-petition arrearages up to and including August 2025 are addressed in the modified plan.  Plan payments shall begin September 2025. Confirmation of the Modified Plan is scheduled for October 1, 2025.

IT IS FURTHER ORDERED that within 3 days of the date of this Order, the debtor must serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service*.