UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Mark S. Cherry
Law Office of Mark S. Cherry
385 Kings Highway North
Cherry Hill, NJ  08034
856-667-1234

Order Filed on September 3, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
John Zappile, Jr.

| | |
|---|---|
| Case No.: | 24-17073 |
| Chapter: | 13 |
| Hearing Date: | October 1, 2025 |
| Judge: | JNP |

### ORDER TO REINSTATE THE AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

*[Leave the rest of this page blank]*

**DATED: September 3, 2025**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by Mark S. Cherry, Esquire and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay is reinstated regarding creditors Santander Consumer USA and Exeter Finance LLC with the following conditions:

All post-petition arrearages up to and including August 2025 are addressed in the modified plan. Plan payments shall begin September 2025. Confirmation of the Modified Plan is scheduled for October 1, 2025.

IT IS FURTHER ORDERED that within 3 days of the date of this Order, the debtor must serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service*.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-17073-JNP |
| John J. Zappile, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 04, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2025:**

**Recip ID        Recipient Name and Address**
db          +  John J. Zappile, Jr., 113 Iris Drive, Egg Harbor Township, NJ 08234-6105

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2025              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2025 at the address(es) listed below:

**Name**            **Email Address**

Andrew B Finberg
                    on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg
                    courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Denise E. Carlon
                    on behalf of Creditor DLJ Mortgage Capital  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Joshua I. Goldman
                    on behalf of Creditor MCLP Asset Company  Inc. josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com

Mark S Cherry
                    on behalf of Debtor John J. Zappile  Jr. mc@markcherrylaw.com, dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;g9657@notify.cincompass.com;cherry.markb123326@notify.bestcase.com

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Sep 04, 2025 | Form ID: pdf903 | Total Noticed: 1

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
    on behalf of Creditor Exeter Finance LLC f/k/a Exeter Finance Corp. wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 8