UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Mark S. Cherry, Esquire
Law Office of Mark S. Cherry
385 Kings Highway, North
Cherry Hill, NJ  08034
856-667-1234

In Re:

John J. Zappile, Jr

Case No.: 24-17073

Chapter: 13

Adv. No.: _____

Hearing Date: October 15, 2025

Judge: Jerrold N. Poslusny

## CERTIFICATION OF SERVICE

1. I, _____Terresa LaBance_____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for _____Mark S. Cherry_____, who represents _____John J. Zappile, Jr._____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____September 22, 2025_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Order Reinstating the Automatic Stay as to Exeter and Chrysler Capital

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: September 22, 2025

/s/ Terresa LaBance
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew B. Finberg<br>Chapter 13 Trustee<br>535 Rt. 38, Ste. 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Chrysler Capital<br>P.O. Box 961275<br>Fort Worth, TX 76161 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Exeter Financial<br>P.O. Box 166008<br>Irving, TX 75016 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| William E. Craig, Esquire<br>1040 North Kings Highway, Suite 200<br>Cherry Hill, New Jersey 08034 | Attorney for Creditors Exeter and Chrsyler Capital | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*