Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                      Case No.: 24–17073–JNP
                      Chapter: 13
                      Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John J. Zappile Jr.
   113 Iris Drive
   Egg Harbor Township, NJ 08234

Social Security No.:
   xxx–xx–2250

Employer's Tax I.D. No.:

### NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:               October 28, 2025
Time:              11:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*67* – Certification in Opposition to (related document:66 Creditor's Certification of Default (related document:31 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MCLP Asset Company, Inc.. Objection deadline is 10/14/2025. (Attachments: # 1 Exhibit A – Order Curing Post–Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MCLP Asset Company, Inc.) filed by Mark S Cherry on behalf of John J. Zappile Jr.. (Attachments: # 1 Exhibit) (Cherry, Mark)

and transact such other business as may properly come before the meeting.


Dated: October 7, 2025
JAN: kvr

                                                  Jeanne Naughton
                                                  Clerk