UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, P.C.
700 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MCLP Asset Company, Inc.

| | |
|---|---|
| In Re: | Case No.: _____24-17073-JNP_____ |
| John J. Zappile, Jr., | Chapter: _____13_____ |
| Debtor. | Hearing Date: __10/28/2025__ |
| | Judge: _____Poslusny_____ |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: <u>Secured Creditor's Certification of Default (Docket # 66)</u>

Date: <u>10/23/2025</u>          <u>/s/ Denise Carlon</u>
                               Signature

*rev.8/1/15*